# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO THOMPSON, | : | |
| Plaintiff, | : | 1:14-cv-0923 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| LT. ROBERT MARR, BRIAN | : | |
| CHAMBERS, | : | |
| Defendants. | : | |

## ORDER

**September 21, 2015**

Upon consideration of Defendants' motion (Doc. 12) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons stated in the court's memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 12) is **DEEMED** unopposed and **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** in its entirety.

3. The Clerk of Court is directed to **CLOSE** this matter.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge